UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETH DONOVAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>CITY OF BOSTON, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>20-11976-DPW |

ORDER OF RECUSAL
November 5, 2020

In accordance with 28 U.S.C. § 455(a), I hereby recuse myself from this proceeding. The Clerk is directed to return the case for reassignment.

*/s/ Douglas P. Woodlock*
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE