UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-cv-11976

BETH DONOVAN

        Plaintiff,

v.

CITY OF BOSTON
        Defendant.

### L.R. 16.1(D)(3) CERTIFICATE OF DEFENDANT, CITY OF BOSTON

Pursuant to L.R. 16(D)(3), counsel for the Defendant, City of Boston, hereby certifies that I have conferred with the Defendant's authorized representative:

(a) with a view to a budget for the litigation, from beginning to end, considering the costs of alternative courses towards resolution; and

(b) the possible resolution of the dispute through ADR mechanisms such as those suggested in L.R. 16.4.

Signature of Authorized Representative:    Respectfully submitted,

                                                  DEFENDANT CITY OF BOSTON
                                                  By its attorneys:

_/s/ Susan M. Weise_                                    /s/ Nicole M. O'Connor
Susan M. Weise (BBO#545455)            Nicole M. O'Connor (BBO#675535)
First Assistant Corp. Counsel               Senior Assistant Corporation Counsel
City of Boston Law Department            Erika P. Reis (BBO#669930)
City Hall, Room 615                            Senior Assistant Corporation Counsel
Boston, MA 02201                                City of Boston Law Department
(617) 635-4040                                    City Hall, Room 615
                                                          Boston, MA 02201
                                                          (617) 635-4039 (O'Connor)
                                                          (617) 635-4031 (Reis)

Nicole.OConnor@boston.gov
Erika.Reis@boston.gov

### CERTIFICATE OF SERVICE

I, Nicole M. O'Connor, hereby certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system on the date listed below:

Dated: 2/24/21                    /s/ Nicole M. O'Connor
                                  Nicole M. O'Connor