UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BETH DONOVAN )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF BOSTON )<br>   Defendant. )<br>) | C. A. No. 1:20-cv-11976-AK |

## PLAINTIFF'S STATUS REPORT

In connection with the Court's request for a status report (*see* Doc No. 67), Plaintiff Beth Donovan ("Ms. Donovan") reports that mediation will not be fruitful at this time. Following the conference held on March 8, 2023, Ms. Donovan made a settlement proposal to Defendant City of Boston ("City") on March 13, 2023. The City did not respond to Ms. Donovan's demand.

              Respectfully submitted,

              **BETH DONOVAN**

              By her attorneys,


              */s/ Nicholas B. Carter*
              Nicholas B. Carter (BBO#561147)
              Lucia A. Passanisi (BBO#691189)
              TODD & WELD, LLP
              One Federal Street, 27th Floor
              Boston, MA 02110
              Tel:  (617) 720-2626
              Fax: (617) 227-5777
              ncarter@toddweld.com
              lpassanisi@toddweld.com


Dated:  April 7, 2023

## **CERTIFICATE OF SERVICE**

      I, Nicholas B. Carter, hereby certify that the foregoing document was filed through the ECF system and will therefore be sent electronically to all counsel of record as identified on the Notice of Electronic Filing (NEF).

                                      */s/ Nicholas B. Carter*
                                      Nicholas B. Carter