UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETH DONOVAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF BOSTON,<br><br>　　　　　Defendant. | C.A. No. 1:20-cv-11976 |

# ORDER TO ENFORCE
# DEPOSITION SUBPOENA SERVED UPON RICHARD REARDON

It is now **ORDERED** that Richard Reardon ("Mr. Reardon") appear for his deposition at Todd & Weld LLP, 1 Federal Street, 27th Floor, Boston, MA 02110. The deposition shall take place at a date and time agreed upon by the parties to this lawsuit. Should Mr. Reardon fail to appear and complete his deposition as required, Ms. Donovan may petition the Court for an order holding Mr. Reardon in contempt of this Court.

The Court **FURTHER ORDERS** that counsel promptly serve a copy of this ORDER upon Mr. Reardon through the Plymouth County Sheriff's Department and service shall be deemed effective by leaving a copy of the Court's Order at his Massachusetts residence. Plaintiff may also serve a copy of this ORDER upon Mr. Reardon via certified mail or Federal Express at his Massachusetts residence.

　　**SO ORDERED.**

Dated: July 24, 2023　　　　　　　　　　　　　　/s/ Angel Kelley
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge