UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Beth Donovan<br><br>　　　　　Plaintiff<br><br>v.<br><br>City of Boston, et al.<br><br>　　　　　Defendants | CIVIL ACTION NO.  20-11976-AK |

## SETTLEMENT ORDER OF DISMISSAL

A. KELLEY, D.J.

The Court having been advised on January 4, 2024, that the above-entitled action has been settled:

It is hereby **ORDERED** that this action is hereby **DISMISSED**, without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

Date: 1/5/2024　　　　　　　　　　　　　　　　　　　　By the Court,


　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Arnold Pacho
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk